## A14A1548, A14A1549. UNITED CEREBRAL PALSY OF GEORGIA, INC. et al. v. GEORGIA DEPARTMENT OF BEHAVIORAL HEALTH AND DEVELOPMENTAL DISABILITIES et al. (two cases).
(795 SE2d 197)

MCFADDEN, Judge.

In *Ga. Dept. of Behavioral Health and Developmental Disabilities v. United Cerebral Palsy of Ga.*, 298 Ga. 779 (784 SE2d 781) (2016), the Supreme Court of Georgia reversed this court's decision in *United Cerebral Palsy of Ga. v. Ga. Dept. of Behavioral Health and Developmental Disabilities*, 331 Ga. App. 616 (771 SE2d 251) (2015). Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Andrews, P. J., and Ray, J., concur.*

DECIDED DECEMBER 16, 2016.

*Parker, Hudson, Rainer & Dobbs, Eric Jon Taylor, Jonathan L. Rue, Rebeccah L. Bower; Jeyaram & Associates, Deepak Jeyaram,* for appellants.

*Samuel S. Olens, Attorney General, Dennis R. Dunn, Deputy Attorney General, Shalen S. Nelson, Senior Assistant Attorney General, Jennifer L. Dalton, Assistant Attorney General; Troutman Sanders, Mark H. Cohen, Jaime L. Theriot, J. Nick Phillips; Robbins Ross Alloy Belinfante Littlefield, Joshua B. Belinfante, Vincent R. Russo, Jr., Kimberly K. Anderson,* for appellees.

*Arnall Golden Gregory, Jordan R. Kearney, Glenn P. Hendrix, W. Jerad Rissler,* amici curiae.